United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14666-sr
Nestor A. Tigreros                                                        Chapter 13
Megan Tigreros
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jul 12, 2016
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.
db/jdb        +Nestor A. Tigreros,   Megan Tigreros,   3422 Kirkwood Road,   Philadelphia, PA 19114-3607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Defendant    Police & Fire Federal Credit Union
               aaaronson@dilworthlaw.com,    mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Nestor A. Tigreros robert@bravermanlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Joint Debtor Megan  Tigreros robert@bravermanlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Megan  Tigreros robert@bravermanlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Nestor A. Tigreros robert@bravermanlaw.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| NESTOR A. & MEGAN TIGREROS, | : | CASE #15-14666/sr |
| Debtors. | : | **ORDER GRANTING ALLOWANCES** |

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtors, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this 12th of July, 2016 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtors, in the amount of $3,000.00 in compensation ($1,500.00 previously received and $1,500.00 paid through the Chapter 13 Plan) be and is hereby allowed.

_____
HONORABLE STEPHEN RASLAVICH, USBJ

Copies to be sent to:

Robert N. Braverman, Esquire (#38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtors