# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Nestor A. Tigreros** | : **Case No.: 15-14666** |
| **Megan Tigreros** | : **Chapter 13** |
| | : **Judge Stephen Raslavich** |
| **Debtor(s).** | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                    Respectfully submitted,

                                                   /s/ Karina Velter
                                                 Karina Velter, Esquire (94781)
                                                 Kimberly A. Bonner (89705)
                                                 Holly N. Wolf (322153)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH  43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181
                                                 Attorneys for Creditor
                                                 The case attorney for this file is Karina Velter.
                                                 Contact email is kvelter@manleydeas.com

16-029514_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| **Nestor A. Tigreros** : | **Case No.: 15-14666** |
| **Megan Tigreros** : | **Chapter 13** |
| : | **Judge Stephen Raslavich** |
| **Debtor(s).** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

Robert Neil Braverman, Attorney for Nestor A. Tigreros and Megan Tigreros, 15th Floor, 1515 Market Street, Philadelphia, PA 19103, robert@bravermanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 27, 2016:

Nestor A. Tigreros and Megan Tigreros, 3422 Kirkwood Road, Philadelphia, PA 19114

Nestor A. Tigreros and Megan Tigreros, 3422 Kirkwood Rd, Philadelphia, PA 19114

DATE: _October 27, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-029514_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-029514_PS