United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nestor A. Tigreros
Megan Tigreros
    Debtors

Case No. 15-14666-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Nov 14, 2016
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
13574821      CitiMortgage, Inc,   P.O. Box 688971,   Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2016 at the address(es) listed below:
        ANNE M. AARONSON   on behalf of Defendant   Police & Fire Federal Credit Union aaaronson@dilworthlaw.com,   mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KARINA VELTER   on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
        KIMBERLY A. BONNER   on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        ROBERT NEIL BRAVERMAN   on behalf of Plaintiff Nestor A. Tigreros robert@bravermanlaw.com
        ROBERT NEIL BRAVERMAN   on behalf of Debtor Nestor A. Tigreros robert@bravermanlaw.com
        ROBERT NEIL BRAVERMAN   on behalf of Joint Debtor Megan  Tigreros robert@bravermanlaw.com
        ROBERT NEIL BRAVERMAN   on behalf of Plaintiff Megan  Tigreros robert@bravermanlaw.com
        THOMAS I. PULEO   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                           TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14666-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Nestor A. Tigreros
3422 Kirkwood Road
Philadelphia PA 19114

Megan Tigreros
3422 Kirkwood Road
Philadelphia PA 19114

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/11/2016.

Name and Address of Alleged Transferor(s):

Claim No. 1: CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

Nationstar Mortgage LLC
Attention: Non-payments
PO Box 619094
Dallas TX 75261

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/16/16

Tim McGrath
**CLERK OF THE COURT**