United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nestor A. Tigreros  
Megan Tigreros  
    Debtors

Case No. 15-14666-sr  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Dec 21, 2016 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
13589834        +American Education Services,   PO BOX 8183,    HARRISBURG, PA 17105-8183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:
      ANNE M. AARONSON    on behalf of Defendant    Police & Fire Federal Credit Union
      aaaronson@dilworthlaw.com,  mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      KARINA  VELTER    on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Nestor A. Tigreros robert@bravermanlaw.com
      ROBERT NEIL BRAVERMAN    on behalf of Debtor Nestor A. Tigreros robert@bravermanlaw.com
      ROBERT NEIL BRAVERMAN    on behalf of Joint Debtor Megan  Tigreros robert@bravermanlaw.com
      ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Megan  Tigreros robert@bravermanlaw.com
      THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14666-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Nestor A. Tigreros
3422 Kirkwood Road
Philadelphia PA 19114

Megan Tigreros
3422 Kirkwood Road
Philadelphia PA 19114

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2016.

Name and Address of Alleged Transferor(s):

Claim No. 7: American Education Services, PO BOX 8183, HARRISBURG, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/23/16

Tim McGrath
**CLERK OF THE COURT**