Certificate Number: 15111-PAE-DE-034589400

Bankruptcy Case Number: 15-14666



15111-PAE-DE-034589400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2020, at 10:50 o'clock PM EDT, Nestor A Tigreros completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 22, 2020

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education