| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-14666-AMC

NESTOR A. TIGREROS
MEGAN TIGREROS
3422 KIRKWOOD ROAD
PHILADELPHIA  PA   19114

Petition Filed Date: 06/30/2015
341 Hearing Date: 09/18/2015
Confirmation Date: 06/08/2016

Case Status: Completed on 6/29/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $435.00 | 17861039168 | 02/27/2019 | $435.00 | 17861624599 | 03/29/2019 | $435.00 | 17953492829 |
| 04/23/2019 | $435.00 | 17953492265 | 05/29/2019 | $435.00 | 17889046746 | 06/25/2019 | $435.00 | 17991333044 |
| 07/23/2019 | $435.00 | 208551034340 | 08/26/2019 | $435.00 | 17670774810 | 09/27/2019 | $435.00 | 19022309032 |
| 10/29/2019 | $435.00 | 19022310049 | 11/26/2019 | $435.00 | 19022309293 | 12/31/2019 | $435.00 | 19048994307 |
| 01/28/2020 | $435.00 | 19060717168 | 02/24/2020 | $435.00 | 19060717967 | 03/27/2020 | $435.00 | 19073840278 |
| 04/24/2020 | $435.00 | 19087476639 | 05/18/2020 | $435.00 | 19102954395 | 06/29/2020 | $439.86 | 19116346246 |

**Total Receipts for the Period: $7,834.86    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,039.86**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,169.52 | $635.02 | $1,534.50 |
| 17 | BANK OF AMERICA NA<br>»» 017 | Unsecured Creditors | $14,483.10 | $4,239.22 | $10,243.88 |
| 13 | BECKET & LEE, LLP<br>»» 013 | Unsecured Creditors | $85.14 | $24.91 | $60.23 |
| 1 | CITIMORTGAGE INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT FIRST NA<br>»» 015 | Unsecured Creditors | $1,575.31 | $461.12 | $1,114.19 |
| 11 | ECAST SETTLEMENT CORPORATION<br>»» 011 | Unsecured Creditors | $10,766.48 | $3,151.47 | $7,615.01 |
| 12 | ECAST SETTLEMENT CORPORATION<br>»» 012 | Unsecured Creditors | $17,168.88 | $5,025.47 | $12,143.41 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $100.42 | $29.39 | $71.03 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,364.60 | $692.19 | $1,672.41 |
| 4 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 004 | Mortgage Arrears | $375.87 | $375.87 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $34.52 | $10.09 | $24.43 |
| 8 | POLICE & FIRE FCU<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | POLICE & FIRE FCU<br>»» 009 | Unsecured Creditors | $20,367.17 | $5,961.58 | $14,405.59 |
| 10 | POLICE & FIRE FCU<br>»» 010 | Unsecured Creditors | $2,041.50 | $597.51 | $1,443.99 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $2,043.28 | $598.03 | $1,445.25 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $1,777.29 | $520.21 | $1,257.08 |
| 5 | ROBERT NEIL BRAVERMAN ESQ<br>»» 005 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,039.86 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $23,822.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,217.78 | Total Plan Base: | $26,039.86 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.