```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                            Case No. 15-14666-amc
Nestor A. Tigreros                                                Chapter 13
Megan Tigreros
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett              Page 1 of 2              Date Rcvd: Sep 04, 2020
                               Form ID: 138NEW              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db/jdb         +Nestor A. Tigreros,    Megan Tigreros,    3422 Kirkwood Road,    Philadelphia, PA 19114-3607
cr              CitiMortgage, Inc,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN  55116-0408
13555705       +AES/Goal Financial,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13589834       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13555706      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019)
13636223       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13616862        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13555708        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
13574821       #CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13555709        CitiMortgage, Inc.,    David Haberberger,    P.O. 689196,    Des Moines, IA 50368-9196
13625903       +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13555710        Credit First, N.A.,    P.O. Box 81344,    Cleveland, OH 44188-0344
13838753        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13555712       +Law Office of Robert Braverman, LLC,    1515 Market St., 15th Floor,
                 Philadelphia, PA 19102-1921
13582178       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13583893       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13555714       +Midland Mortgage/MidFirst,    Attn: Mr. Karl Zalonka VP Customer Svc,    P.O. Box 268959,
                 Oklahoma City, OK 73126-8959
13821984       +Nationstar Mortgage LLC,    Attention: Non-payments,    PO Box 619094,    Dallas TX 75261-9094
13555715        OP-Holy Redeemer Health c/o,    Capital Collection Service,    PO Box 150,
                 West Berlin, NJ 08091-0150
13555716        PFFCU Visa,    P.O. Box 4521,    Carol Stream, IL 60197-4521
13580852       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13555717       +Police & Fire Federal Credit Union,    Attn: John LaRosa, CEO,    901 Arch Street,
                 Philadelphia, PA 19107-2495
13597290       +Police and Fire Federal Credit and Union,    901 Arch Street,    Phila., Pa. 19107-2495
13582714      #+Robert N. Braverman, Esquire,    Law Office of Robert Braverman, LLC,
                 1060 N. Kings Hwy., Suite #333,    Cherry Hill, NJ 08034-1910
13555719        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
13555720        Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
13612044        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 05 2020 03:56:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2020 03:55:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2020 03:55:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2020 04:00:41     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13555707        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2020 04:00:30
                 Capital One Bank USA, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
13555711        E-mail/Text: PBNCNotifications@peritusservices.com Sep 05 2020 03:55:04
                 Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, WI 53201-2983
13629566        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2020 04:00:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13562077        E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2020 04:00:53     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13622570       +E-mail/Text: bncmail@w-legal.com Sep 05 2020 03:55:42     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13555721       +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2020 04:00:29     Toys 'R' Us Mastercard,
                 P.O. Box 530939,    Atlanta, GA 30353-0939
                                                                                              TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13555713       Marilyn Tigreros
```

```
District/off: 0313-2             User: Antoinett            Page 2 of 2                  Date Rcvd: Sep 04, 2020
                                 Form ID: 138NEW            Total Noticed: 38

13555718*       +Police and Fire Federal Credit Union,    Attn: John LaRosa, CEO,   901 Arch Street,
                 Philadelphia, PA 19107-2495
13612045*        eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
                                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Defendant    Police & Fire Federal Credit Union
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    MidFirst Bank Josh.Goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,   jnr@jsdc.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              ROBERT NEIL BRAVERMAN    on behalf of Joint Debtor Megan  Tigreros rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Megan  Tigreros rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Nestor A. Tigreros rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Nestor A. Tigreros rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nestor A. Tigreros and Megan Tigreros

   Debtor(s)           Bankruptcy No: 15–14666–amc

                      Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                    For The Court
                    Timothy B. McGrath
                    Clerk of Court

Dated: 9/4/20

                        60 – 59
                        Form 138_new