United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 15-14666-amc
Nestor A. Tigreros   Chapter 13
Megan Tigreros
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: TashaD   Page 1 of 2
Date Rcvd: Oct 05, 2020   Form ID: 195   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb         + Nestor A. Tigreros, Megan Tigreros, 3422 Kirkwood Road, Philadelphia, PA 19114-3607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**
jdb         *+         Megan Tigreros, 3422 Kirkwood Road, Philadelphia, PA 19114-3607

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

**Name**      **Email Address**

ANNE M. AARONSON
    on behalf of Defendant Police & Fire Federal Credit Union aaaronson@dilworthlaw.com
    mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor MidFirst Bank Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com

KARINA VELTER
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

KIMBERLY A. BONNER
    on behalf of Creditor Nationstar Mortgage LLC kab@jsdc.com  jnr@jsdc.com

| District/off: 0313-2 | User: TashaD | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 195 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROBERT NEIL BRAVERMAN
    on behalf of Plaintiff Nestor A. Tigreros rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Nestor A. Tigreros rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
    on behalf of Joint Debtor Megan Tigreros rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
    on behalf of Plaintiff Megan Tigreros rbraverman@mcdowelllegal.com
kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                  : Chapter 13

Nestor A. Tigreros and Megan Tigreros                          : Case No. 15−14666−amc
     Debtor(s)

### ORDER
_____

    AND NOW, this day , October 5th, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court